# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

Eugene Christopher Banks,   Civil No. 12-cv-2901 (ADM/TNL)

    Plaintiff,

v.   **ORDER**

Lucinda Jesson, *et al.,*

    Defendants.

---

Eugene Christopher Banks, 1111 Highway 73, Moose Lake, MN 55767 (pro se Plaintiff).

---

Based upon the Report and Recommendation by United States Magistrate Judge Tony N. Leung dated June 10, 2016 (ECF No. 10), along with all the files and records, and no objections to said Recommendation having been filed, **IT IS HEREBY ORDERED** that this action is DISMISSED WITHOUT PREJUDICE under Fed. R. Civ. P. 41(b) for failure to prosecute.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Date:  June 29, 2016
                                                s/Ann D. Montgomery
                                                The Honorable Ann D. Montgomery
                                                United States District Court Judge
                                                for the District of Minnesota